**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Emmaivette Vasquez<br>aka Emmaivette Rivera | CHAPTER 13<br><br>BKY. NO. 18-14059 ELF |
| Debtor | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee for Mastr Asset Backed Securities Trust 2005-WF1 and index same on the master mailing list.

                                                Respectfully submitted,
                                                **/s/ Rebecca A. Solarz, Esq**
                                                Rebecca A Solarz, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322