**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     EMMAIVETTE VASQUEZ    :    CHAPTER 13
:
:
DEBTOR    :    BANKRUPTCY No. 18-14059

<u>CERTIFICATION OF NO-OBJECTION OR RESPONSE</u>

I, Zachary Perlick, Esquire, hereby certify that I have not received a responsive pleading nor any objection to Debtor's Motion to Amend Plan Post-Confirmation and I respectfully request that the court enter the Order accompanying said Motion.

BY:    /Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922