United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-14059-elf
Emmaivette Vasquez                                                  Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 1              Date Rcvd: Nov 22, 2019
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.
db              +Emmaivette Vasquez,    5914 Roosevelt Boulevard,    Philadelphia, PA 19149-3708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:
      MARIO J. HANYON    on behalf of Creditor    U.S. Bank National Association, As Trustee Et.Al paeb@fedphe.com
      REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, As Trustee Et.Al bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      ZACHARY PERLICK    on behalf of Debtor Emmaivette Vasquez Perlick@verizon.net, pireland1@verizon.net
                                                                    TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| EMMAIVETTE VASQUEZ, | : | |
| Debtor | : | Bky. No. 18-14059 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #42 ) is **APPROVED**.

**Date: November 22, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**