# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Emmaivette Vasquez aka Emmaivette Rivera<br>Debtor(s) | Chapter 13 |
| Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, as Trustee for Mastr Asset Backed Securities Trust 2005-WF1<br>v.<br>Emmaivette Vasquez aka Emmaivette Rivera<br>and<br>William C. Miller Esq.<br>Trustee | NO. 18-14059 ELF |

## ORDER

AND NOW, this 18th day of December, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties, it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, as Trustee for Mastr Asset Backed Securities Trust 2005-WF1 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5914 Roosevelt Boulevard Philadelphia, PA 19149.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**