United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-14059-elf
Emmaivette Vasquez                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey            Page 1 of 1            Date Rcvd: Dec 18, 2019
                              Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db          +Emmaivette Vasquez,   5914 Roosevelt Boulevard,   Philadelphia, PA 19149-3708
cr          +MASTR Asset Backed Securities Trust 2005-WF1,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:36:58    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2019 03:36:25
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 19 2019 03:36:42    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
              MARIO J. HANYON    on behalf of Creditor    U.S. Bank National Association, As Trustee Et.Al
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, As Trustee Et.Al
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Emmaivette  Vasquez Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Emmaivette Vasquez aka Emmaivette Rivera<br>Debtor(s) | Chapter 13 |
| Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, as Trustee for Mastr Asset Backed Securities Trust 2005-WF1<br>v.<br>Emmaivette Vasquez aka Emmaivette Rivera<br>and<br>William C. Miller Esq.<br>Trustee | NO. 18-14059 ELF |

## ORDER

AND NOW, this 18th day of December, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties, it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, as Trustee for Mastr Asset Backed Securities Trust 2005-WF1 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5914 Roosevelt Boulevard Philadelphia, PA 19149.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**