**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        EMMAIVETTE VASQUEZ  : CHAPTER 13
:
:
:
DEBTOR                        : BANKRUPTCY NO. 18-14059

### CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I filed Motion to Reconsider and Vacate the Order of December 18, 2019 granting relief to U.S. Bank Trust National Association, as Trustee on December 19, 2019 and gave notice to the debtor, the Trustee, U.S. Bank National Association, as Trustee and their counsel KML Law Group that they had twenty (20) days to file an answer, objection or other responsive pleading; that more than twenty (20) days have passed since the notices were mailed and I have not received an Answer, objection or other responsive pleading. I therefore request that the court enter the Order accompanying said application.

BY    /s/ Zachary Perlick
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19107
(215) 569-2922