**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   EMMAIVETTE VASQUEZ | : | Bankruptcy No. 18-14059ELF |
| | : | |
| | : | |
| DEBTOR | : | Chapter 13 |

### O R D E R

AND NOW, this **21st day of January, 2020**, upon consideration of the Debtor's Motion to Reconsider and Vacate the Order of December 18, 2019 granting U.S. Bank National Association, As Trustee relief from the automatic stay ("the Motion"), and there being no response thereto , it is hereby ORDERED that the Motion is **GRANTED** and the Order dated December 18, 2019 (Doc. # 54) is **VACATED**.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**