United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Emmaivette Vasquez  
       Debtor

Case No. 18-14059-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey      Page 1 of 1      Date Rcvd: Jan 22, 2020  
                       Form ID: pdf900      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.
```
db             +Emmaivette Vasquez,    5914 Roosevelt Boulevard,    Philadelphia, PA 19149-3708
cr             +MASTR Asset Backed Securities Trust 2005-WF1,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jan 23 2020 03:57:42     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2020 03:57:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 23 2020 03:57:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:
```
              MARIO J. HANYON    on behalf of Creditor   U.S. Bank National Association, As Trustee Et.Al
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, As Trustee Et.Al
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Emmaivette  Vasquez Perlick@verizon.net,
               pireland1@verizon.net
                                                                                              TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
IN RE:    EMMAIVETTE VASQUEZ      : Bankruptcy No. 18-14059ELF
                                  :
                                  :
          DEBTOR                  : Chapter 13
```

**O R D E R**

AND NOW, this **21st day of January, 2020**, upon consideration of the Debtor's Motion to Reconsider and Vacate the Order of December 18, 2019 granting U.S. Bank National Association, As Trustee relief from the automatic stay ("the Motion"), and there being no response thereto , it is hereby ORDERED that the Motion is **GRANTED** and the Order dated December 18, 2019 (Doc. # 54) is **VACATED.**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**