# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                   Chapter 13

                                   Bankruptcy No. 18-14059-ELF

      EMMAIVETTE  VASQUEZ

      5914 ROOSEVELT BOULEVARD

      PHILADELPHIA, PA 19149

             Debtor

## <u>CERTIFICATE OF SERVICE</u>

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      EMMAIVETTE  VASQUEZ

      5914 ROOSEVELT BOULEVARD

      PHILADELPHIA, PA 19149

Counsel for debtor(s), by electronic notice only.

      ZACHARY PERLICK, ESQ.
      1420 WALNUT ST
      SUITE 718
      PHILADELPHIA, PA 19102-

                               /S/ William C. Miller

Date: 8/4/2020               _____

                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee