# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-14059-ELF

EMMAIVETTE  VASQUEZ

5914 ROOSEVELT BOULEVARD

PHILADELPHIA, PA 19149

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

EMMAIVETTE  VASQUEZ

5914 ROOSEVELT BOULEVARD

PHILADELPHIA, PA 19149

Counsel for debtor(s), by electronic notice only.

ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Date: 6/17/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee