United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Emmaivette Vasquez  
    Debtor

Case No. 18-14059-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: May 18, 2022      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emmaivette Vasquez, 5914 Roosevelt Boulevard, Philadelphia, PA 19149-3708 |
| cr | + | MASTR Asset Backed Securities Trust 2005-WF1, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | MASTR Asset Backed Securities Trust 2005-WF1, U.S., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14126543 | + | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14126544 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14126545 | #+ | Premiere Credit of North America, LLC, POB 19309, Indianapolis, IN 46219-0309 |
| 14250201 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14413389 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14213101 | + | U.S. Bank National Association, As Trustee Et.Al, C/O MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Blvd. Ste 1400, Philadelphia, PA 19103-1814 |
| 14374472 | + | U.S. Bank National Association, As Trustee Et.Al, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14171211 | | U.S. Bank National Association, as Trustee, c/o Wells Fargo Bank, N.A. as Servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14126547 | + | Wells Fargo Bank, NA, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 18 2022 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 18 2022 23:47:00 | MASTR Asset Backed Securities Trust 2005-WF1, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14256070 | | Email/Text: megan.harper@phila.gov | May 18 2022 23:48:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14126542 | + | Email/Text: convergent@ebn.phinsolutions.com | May 18 2022 23:48:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 14162800 | | Email/Text: ECMCBKNotices@ecmc.org | May 18 2022 23:48:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14126545 | ^ | MEBN | May 18 2022 23:45:58 | Premiere Credit of North America, LLC, POB 19309, Indianapolis, IN 46219-0309 |
| 14250201 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

| | | | |
|---|---|---|---|
| | | May 18 2022 23:47:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14413389 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | May 18 2022 23:47:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14126546 | Email/Text: megan.harper@phila.gov | May 18 2022 23:48:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2022　　　　　　　　Signature:　　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor U.S. Bank National Association As Trustee Et.Al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association As Trustee Et.Al bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Emmaivette Vasquez Perlick@verizon.net pireland1@verizon.net |

TOTAL: 5

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
EMMAIVETTE VASQUEZ

Chapter 13

Debtor

Bankruptcy No. 18-14059-ELF

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: May 18, 2022

_____  
Honorable Eric L. Frank  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
ZACHARY PERLICK, ESQ.  
1420 WALNUT ST  
SUITE 718  
PHILADELPHIA, PA 19102-

Debtor:  
EMMAIVETTE VASQUEZ

5914 ROOSEVELT BOULEVARD

PHILADELPHIA, PA 19149